IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

E. LAMAR PATTERSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

7:14-CV-71 (HL)

28 U.S.C. § 2255

7:12-CR-31-002 (HL)

# ORDER

Before the Court are the Recommendation (Doc. 219) and Supplemental Recommendation (Doc. 221) of the United States Magistrate Judge that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 218) be denied. Petitioner E. Lamar Patterson ("Petitioner") has filed an Objection (Doc. 222) to the Recommendations. After undertaking a *de novo* review of the Recommendations, the Court accepts and adopts them in full.

As the Recommendations set forth, Petitioner did not file his habeas petition until sixteen days after the one-year statute of limitations for doing so had run. Petitioner argues that he is entitled to an equitable tolling of the statute of limitations for the one month that he supposedly did not have access to his legal materials. However, as the Magistrate Judge noted, there is no legal grounds for tolling the statute in these circumstances, so this petition must be dismissed.

After careful consideration pursuant to 28 U.S.C. § 636(b)(1), the Court accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge. Petitioner's § 2255 motion is denied, and all pending motions are moot.

The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right, and a certificate of appealability is therefore denied. 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

**SO ORDERED,** this 22nd day of July, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

scr